OHIO ex rel. KING v. SHANNON, PRESIDING JUDGE, MUNICIPAL COURT OF CINCINNATI, OHIO.

No. 363.   Decided November 7, 1960.

*Allen Brown* for appellant.

PER CURIAM.

The appeal herein is dismissed for the reason that the judgment of the Supreme Court of the State of Ohio, sought here to be reviewed, is based upon a nonfederal ground adequate to support it.

ARMCO STEEL CORP. v. MICHIGAN et al.

No. 387.   Decided November 7, 1960.

*Paul R. Trigg, Jr.* and *Robert D. Dunwoodie* for appellant.

*Paul L. Adams,* Attorney General of Michigan, *Samuel J. Torina,* Solicitor General, and *William D. Dexter,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.